# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------------X

ELAINE DEROSA,
   :
  Plaintiff,
   :
 -vs-
   :
KEOLIS COMMUTER SERVICES, LLC
  Defendant.   :

---------------------------------------------------------------------X

## COMPLAINT

## COUNT I

 1. The plaintiff is a resident of Boston, Massachusetts, and brings this action against the defendant, Keolis Commuter Services, LLC. ("Keolis") for injuries suffered by her while in the employ of the defendant. Keolis is a railroad corporation established as a foreign Limited Liability Company registered with the Massachusetts Secretary of State's Corporations Division, and is authorized to conduct business in Massachusetts, with a principal place of business at 53 State Street, 11th Floor, Boston, Massachusetts, 02109.  This action is brought by virtue of the provisions of the Federal Employers' Liability Act, 45 U.S.C.A., Section 51, et seq.

 2.  During all the times herein mentioned, the defendant was a common carrier, engaged in the business of interstate commerce, and, as such, operated a railroad in such business between the said Boston, Massachusetts and Providence, Rhode Island; and, at the time the plaintiff received the injuries complained of, both she and the defendant were engaged in interstate commerce, within the meaning of the said Federal Employers' Liability Act. Pursuant to the Federal Employers' Liability Act, Keolis owed the Plaintiff a non-delegable duty to provide a reasonably safe place in which to perform her work.

 3.  On or about March 4, 2022, the plaintiff was employed as a mechanical foreman by the defendant and was engaged in her duties at the Boston Engine Terminal in Somerville, Massachusetts which terminal, tracks, rails, engines, trains, cars and all other equipment and appliances appurtenant thereto were owned and/or operated and/or controlled and/or maintained by the defendant, and as a result of the negligence of the defendant, its agents, servants or employees, the plaintiff was injured.

4. On or about March 4, 2022, Keolis acting through its agents, servants or employees, breached its duty and negligently caused plaintiff to be injured. The plaintiff sustained serious injuries to her right hand when she slipped and fell on a negligently maintained walkway at Boston Engine Terminal. The Plaintiff required surgery and extensive physical therapy as a result of her fall. Said injuries were caused by the negligence of Keolis in that:

1. They failed to provide plaintiff with a reasonably safe place to work.
2. They failed to properly maintain the walkway where the plaintiff was working.
3. They failed to properly inspect the walkway where the plaintiff was injured.
4. They failed to properly clean the walkway where the plaintiff was injured.
5. They failed to warn the Plaintiff of the dangerous hazards on the walkway.
6. They failed to warn the Plaintiff of the slipping hazard on the walkway.
7. They failed to properly clean the walkway where the Plaintiff was working.
8. They violated OSHA regulation 29 CFR Part 1910, Subpart D, requiring that all walking-working surfaces are inspected and maintained in a safe condition, and free from hazards.
9. They violated Keolis safety policies.
10. They were otherwise negligent or reckless.

5. As a direct and proximate result of the negligence of the Defendant, the plaintiff was made sick, sore and lame and has suffered great pain of body, anguish of mind and will so continue to suffer for an indeterminate period of time in the future; that prior to said accident, the plaintiff was earning the wages of a mechanical foreman as an employee of the defendant; that as a result of the said accident, the plaintiff has been incapacitated and prevented from engaging in her employment and that the plaintiff will continue to be so incapacitated in the future; that the plaintiff has been and for some time in the future will be caused to incur expenses for doctors' and hospital services and for medicine in caring for the said injuries.

## COUNT II

1. The plaintiff is a resident of Boston, Massachusetts, and brings this action against the defendant, Keolis Commuter Services, LLC. (Keolis) for injuries suffered by her while in the employ of the defendant.  Keolis is a railroad corporation established as a foreign Limited Liability Company registered with the Massachusetts Secretary of State's Corporations Division, and is authorized to conduct business in Massachusetts, with a principal place of business 53

State Street, 11th Floor, Boston, Massachusetts, 02109.  This action is brought by virtue of the provisions of the Federal Employers' Liability Act, 45 U.S.C.A., Section 51, et seq.

2.  During all the times herein mentioned, the defendant was a common carrier, engaged in the business of interstate commerce, and, as such, operated a railroad in such business between the said Boston, Massachusetts and Providence, Rhode Island; and, at the time the plaintiff received the injuries complained of, both she and the defendant were engaged in interstate commerce, within the meaning of the said Federal Employers' Liability Act. Pursuant to the Federal Employers' Liability Act, Keolis owed the Plaintiff a non-delegable duty to provide a reasonably safe place in which to perform her work.

3.  On or about March 4, 2022, the plaintiff was employed as a mechanical foreman by the defendant and was engaged in her duties at Boston Engine Terminal in Somerville, Massachusetts, which terminal, tracks, rails, engines, trains, cars and all other equipment and appliances appurtenant thereto were owned and/or operated and/or controlled and/or maintained by the defendant, and as a result of the failure of the defendant, its agents, servants or employees to use reasonable care to provide the plaintiff a safe place in which to work and to furnish her with safe and suitable tools, appliances and equipment, the plaintiff was injured.

4. On or about March 4, 2022, the defendant, acting through its agents, servants or employees, breached its duty and negligently caused plaintiff to be injured. Keolis negligently exposed plaintiff to risk of injury from dangerous and unsafe conditions that existed in its Boston Engine Terminal Location. Specifically, the defendant created a slipping hazard on walking surfaces at Boston Engine Terminal and failed to enforce safety rules, Keolis and OSHA regulations, and policies, which caused the plaintiff to be injured.

5.  As a direct and proximate result of the negligence of the Defendant, the plaintiff was made sick, sore and lame and has suffered great pain of body, anguish of mind and will so continue to suffer for an indeterminate period of time in the future; that prior to said accident, the plaintiff was earning the wages of a mechanical foreman as an employee of the defendant; that as a result of the said accident, the plaintiff has been incapacitated and prevented from engaging in her employment and that the plaintiff will continue to be so incapacitated in the future; that the plaintiff has been and for some time in the future will be caused to incur expenses for doctors' and hospital services and for medicine in caring for the said injuries.

WHEREFORE, the plaintiff demands judgment against the defendant in an amount to be determined by the sound discretion of the finder of fact.

## **PLAINTIFF REQUESTS TRIAL BY JURY**

Elaine Derosa
By her attorneys,

DATE: February 18, 2025

/s/ Christopher C. Naumes
Christopher C. Naumes, # 671701
Naumes Law Group LLC
2 Granite Ave., Suite 425
Milton, MA 02186
(617) -227-8444
Fax :   (867) -267-5650
christopher@naumeslaw.com


/s/ Robert T. Naumes
Robert T. Naumes,  #367660
Naumes Law Group LLC
2 Granite Ave., Suite 425
Milton, MA 02186
(617) -227-8444
Fax :   (867) -267-5650
christopher@naumeslaw.com